**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**HARVEY D. HICKMAN,**

**Petitioner,**

**v.** **CASE NO. 26-3196-JWL**

**LAURA HOWARD,**

**Respondent.**

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Harvey D. Hickman, who has been civilly committed under the Kansas Sexually Violent Predator Act (KSVPA), K.S.A. 59-29a01 *et seq.*, and is incarcerated at Larned State Hospital in Larned, Kansas. Petitioner has paid the filing fee. On July 22, 2026, the Court directed Respondent Laura Howard to file a Pre-Answer Response("PAR") in this case on or before August 24, 2026. (Doc. 6.) On August 19, 2026, Respondent filed a motion for extension of time because she had not yet received the records required to prepare the response. (Doc. 8.) The Court granted the motion, extending the deadline to October 23, 2026. (Doc. 9.)

This matter comes now before the Court on Respondent's second motion for extension of time. (Doc. 10.) Local Rule 6.1(a) states: "All motions for an extension of time to perform an act required or allowed to be done within a specified time must be filed as soon as practicable and in no event less than 3 days before the specified time." D. Kan. L.R. 6.1(a). As noted above, the due date for the PAR is October 23, 2026. (Doc. 9.) Respondent filed her motion for extension of time on October 21, 2026. Thus, she did not comply with Local Rule 6.1(a).

Despite this failure, the Court has considered the motion, in which Respondent seeks an additional month in which to submit the PAR, citing the press of other business. (Doc. 10.) The

motion will be granted. Respondent is cautioned that the Court does not anticipate granting further extensions unless exceptional circumstances arise.

**IT IS THEREFORE ORDERED** that Respondent's motion for extension of time (**Doc. 10**) is **granted**. Respondent is granted to and including November 23, 2026 to file her Pre-Answer Response. No further extensions will be granted absent exceptional circumstances. Upon receipt of the Pre-Answer Response, the Court will issue further orders and will set a deadline for Petitioner to reply to the Pre-Answer Response if a reply is necessary.

**IT IS SO ORDERED.**

DATED: This 22nd day of October, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge