**FILED**
**U.S. District Court**
**District of Kansas**
11/23/2026
**Clerk, U.S. District Court**
**By: SND Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**HARVEY D. HICKMAN,**

**Petitioner,**

**v.** **CASE NO. 26-3196-JWL**

**LAURA HOWARD,**

**Respondent.**

**MEMORANDUM AND ORDER**

This matter is a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Harvey D. Hickman, who has been civilly committed and is currently at Larned State Hospital in Larned, Kansas. It comes now before the Court on Respondent's Pre-Answer Response ("PAR") regarding the exhaustion, procedural default, or anticipatory procedural default of Grounds One through Five of the petition.[1] (Doc. 12.) The Court will grant Petitioner time in which to file a response to the PAR.

**IT IS THEREFORE ORDERED** that Petitioner is granted until and including December 29, 2026 to file a response to the PAR. If Petitioner fails to timely do so, the Court may dismiss this case without prejudice and without further prior notice to Petitioner.

**IT IS SO ORDERED.**

DATED: This 23rd day of November, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

[1] In the order for the PAR, the Court also directed Petitioner to show cause why Ground Six of the petition should not be dismissed. (*See* Doc. 6, p. 4-5.) Petitioner timely responded (Doc. 7), but the Court will defer ruling on the viability of Ground Six until Petitioner has had time to respond to the PAR.